THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **JEFFREY MARRERO ALMONTE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MRS BPO LLC,**<br><br>**Defendant.** | Civil No. 25-15811 (RMB/EAP) |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel at the initial scheduling conference held pursuant to Federal Rule of Civil Procedure 16 on **February 11, 2026**; and the Court noting the following appearances: **Christian O. Nwaopara, Esquire and Anthony I. Paronich, Esquire**, appearing on behalf of Plaintiff; and **Monica M. Littman and Samuel A. Sjosten, Esquire**, appearing on behalf of Defendant; and for good cause shown;

**IT IS** this **11th** day of **February 2026**, hereby **ORDERED**:

1. No later than **February 25, 2026**, Plaintiff shall file a motion to amend the complaint that complies with Local Civil Rules 7.1 and 15.1. Alternatively, if Defendant consents, Plaintiff shall, by that same date, file a consent order and the proposed Amended Complaint.

2. If the Court grants the motion to amend, Defendant shall have **thirty (30) days** from the filing of the Amended Complaint to supplement its prior discovery responses as they pertain to any new plaintiffs.

3. Within **sixty (60) days** after the Amended Complaint is filed, the parties shall submit a joint status report and a proposed case management schedule that sets forth a schedule for individual and class discovery. The Court will enter an appropriate order upon receipt.

4. Plaintiff's counsel shall file a letter with the Court no later than **February 25, 2026**, stating that the parties have conferred pursuant to Local Civil Rules 26.1(b)(2) and 26.1(d) concerning discovery of digital information, including social media, and advise whether the parties have agreed on computer-based and other digital discovery matters.

5. Until the items in the preceding paragraphs are complete, discovery is stayed in this matter.

6. Any application for an extension of time beyond the deadlines set herein shall be made prior to expiration of the period sought to be extended and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel consent to the application. The scheduling deadlines set herein will not be extended unless good cause is shown. All applications regarding motions returnable before a District Judge shall be presented to the District Judge.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                                  s/Elizabeth A. Pascal
                                                  ELIZABETH A. PASCAL
                                                  United States Magistrate Judge

cc: Hon. Renée M. Bumb, U.S.D.J.